JS-6

UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| DINA LATRICE DEXTER, | Civil No. 2:17-cv-03409-SK |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the above-captioned action is remanded to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), and consistent with the Stipulation for Remand.

Dated: March 19, 2018

_____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE